Suneel J. Nelson
Nevada Bar No. 12052
NELSON LAW OFFICE, LLC
1800 Calle de Vega
Las Vegas, Nevada 89102
T: (702) 506-1848
F: (702) 963-8715
suneel.nelson@gmail.com

*Attorney for Plaintiff Solomon Coleman*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SOLOMON COLEMAN, individually,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT**;** CHERYL HOOTEN, individually; JOSEPH LEPORE, individually; BRIAN SANTAROSSA, individually; DONALD SHANE, individually; R. TENNANT, individually; VICENTE RAMIREZ, individually; LISA LUZAICH, individually,<br><br>          Defendants. | CASE NO.: 2:20-cv-00739-JAD-BNW<br><br><br>**MOTION TO EXTEND THE TIME TO SERVE THE DEFENDANTS PURUSANT TO FRCP 4(m)** |

Plaintiff Solomon Coleman ("Coleman") hereby moves for extension of the time provided under FRCP 4(m) to serve the defendants named in his complaint. Coleman filed his complaint in this case on April 24, 2020. Under FRCP 4(m), Coleman had 120 days to serve the defendants after filing his complaint, making August 24, 2020 the final date for timely service of the defendants. Here, Coleman is requesting an extension of 30 days within which to serve the defendants, which would make the deadline for filing proof of service September 23, 2020. This requested extension is necessary due to unforeseen circumstances caused by the COVID-19

pandemic that have caused significant disruption of Coleman's undersigned counsel's law practice – mostly due to the closure of his son's school and the necessity of taking on much greater child care responsibilities since the middle of March 2020. These pandemic-related disruptions have resulted in delays in undersigned counsel's execution of actions necessary to make progress in Coleman's case; however, an extension of 30 days will be more than sufficient to complete necessary service of the defendants and to file proof of the same.

Dated this 31st day of August, 2020.

/s/ Suneel J. Nelson
SUNEEL J. NELSON
Nevada Bar No. 12052
1800 Calle de Vega
Las Vegas, Nevada  89102
(702) 506-1848

*Attorney for Plaintiff Solomon Coleman*

IT IS SO ORDERED

DATED:  4:08 pm, September 03, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

– 2 –