**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com

*Attorneys for LVMPD Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOLOMON COLEMAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CHERYL HOOTEN, individually; JOSEPH LEPORE, individually; BRIAN SANTAROSSA, individually; DONALD SHANE, individually; R. TENNANT, individually; VICENTE RAMIREZ, individually; LISA LUZAICH, individually,<br><br>Defendants. | Case Number: 2:20-cv-00739-JAD-BNW |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

### (FIRST REQUEST)

Pursuant to LR 6-1 and LR 26-4, Plaintiff, by and through his counsel of record, Bradley M. Marx, Esq. of Marx Law Firm, PLLC and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Joseph Lepore, Brian Santarossa, Donald Shane, and Richard Tennant (collectively "LVMPD Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq., with the law firm of Marquis Aurbach, hereby stipulate and request that this Court extend discovery deadlines in the above-captioned matter sixty (60) days, up to and including November 9, 2022. In support of this stipulation and request, the parties state as follows:

MAC:14687-304 4737355_1

I. **PROCEDURAL HISTORY**

1. On April 24, 2020, the Plaintiff filed his Complaint. ECF No. 1.

2. On October 13, 2020, the LVMPD Defendants filed their Motion to Dismiss Plaintiff's Complaint. ECF No. 10.

3. On November 18, 2020, this Court granted the LVMPD Defendants' Motion to Dismiss. ECF No. 26.

4. On December 1, 2020, the Plaintiff filed a Motion to Reopen Case. ECF No. 28.

5. On June 9, 2021, this Court granted Plaintiff's Motion to Reopen Case. ECF No. 34.

6. On December 6, 2021, the LVMPD Defendants filed their Answer to Plaintiff's Complaint. ECF No. 41.

7. On January 26, 2022, the parties filed their Stipulated Discovery Plan and Scheduling Order. ECF No. 42.

8. On January 28, 2022, the Court filed the Scheduling Order.

II. **DISCOVERY COMPLETED TO DATE**

1. The parties participated in the FRCP 26 conference on January 12, 2022.

2. On March 16, 2022, the LVMPD Defendants served their Initial Disclosures of Witnesses and Documents.

3. On April 28, 2022, the LVMPD Defendants served written discovery on the Plaintiff.

4. On May 16, 2022, the Plaintiff served his Initial Disclosures of Witnesses and Documents.

5. On May 27, 2022, the Plaintiff responded to the LVMPD Defendants' written discovery.

6. On June 1, 2022, the Plaintiff served written discovery on the LVMPD Defendants.

MAC:14687-304 4737355_1

### III. WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are in the process of scheduling depositions for the parties. Plaintiff anticipates conducting five depositions and Defendants will take the deposition of the Plaintiff. Counsel for Defendants is scheduled to be out of the jurisdiction from July 6-12, 2022 for his wedding and this was the week Plaintiff sought to schedule the Defendants' depositions. In an effort to allow sufficient time to coordinate the depositions, the parties are seeking the relatively brief, 60-day extension to ensure the parties have sufficient time to notice, prepare for and take the depositions, and address any discovery issues which may arise during the depositions.

### IV. REMAINING DISCOVERY

1. The Plaintiff needs to take the depositions of the defendant officers.

2. The LVMPD Defendants need to take the deposition of the Plaintiff.

3. The LVMPD Defendants need to respond to the Plaintiff's written discovery.

### V. EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

LR 26-4 governs modifications of extensions of the Discovery Plan and Scheduling Order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4. The parties are submitting this request twenty-one (21) days before the expert deadline disclosure. Therefore, the parties respectfully request that the modification of a scheduling order be granted. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Rebuttal Expert Disclosures Pursuant to FRCP 26(a)(2) | June 13, 2022 | N/A |
| Discovery Cut-Off | July 11, 2022 | September 12, 2022 |
| Dispositive Motion | August 10, 2022 | October 10, 2022 |
| Joint Pre-Trial Order | September 9, 2022 | November 9, 2022 (if dispositive motions are filed |

MAC:14687-304 4737355_1

| | | the deadline for filing the joint pre-trial order will be suspended until 30 days after a decision on the dispositive motions or further court order) |

This request for extensions of time is not sought for any improper purpose or for purposes of delay. The parties have been diligent in their written discovery and disclosures and request the instant extension to allow for adequate time to prepare for and conduct the depositions of the parties. Therefore, the parties respectfully submit that the reasons set forth above constitute good cause for the discovery extension.

WHEREFORE, the parties respectfully request that this court extend the discovery dates as outlined in accordance with the table above.

IT IS SO STIPULATED this 2nd day of June, 2022.

MARQUIS AURBACH                                                 MARX LAW FIRM, PLLC

By: _s/Nick D. Crosby_                                          By: _s/Bradley M. Marx_
Nick D. Crosby, Esq.                                            Bradley M. Marx, Esq.
Nevada Bar No. 8996                                             Nevada Bar No. 12999
10001 Park Run Drive                                            601 So Rancho Drive, Suite B-14
Las Vegas, Nevada 89145                                         Las Vegas, Nevada 89106
Attorneys for LVMPD Defendants                                  Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED

DATED: June 3, 2022

_____
United States District Court Magistrate Judge