**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Dominique Bosa-Edwards, Esq.
Nevada Bar No. 15705
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816

*Attorneys for LVMPD Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOLOMON COLEMAN, individually, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CHERYL HOOTEN, individually; JOSEPH LEPORE, individually; BRIAN SANTAROSSA, individually; DONALD SHANE, individually; R. TENNANT, individually; VICENTE RAMIREZ, individually; LISA LUZAICH, individually, <br><br> Defendants. | Case Number: 2:20-cv-00739-JAD-BNW <br><br> **COURT ORDERED STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 26-3, Plaintiff Solomon Coleman, Pro Se ("Plaintiff") and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Joseph Lepore, Brian Santarossa, Donald Shane, and Richard Tennant (collectively "LVMPD Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq., with the law firm of Marquis Aurbach, hereby submit their Court Ordered Stipulation and Proposed Order to Extend Discovery Deadlines for the Court's approval.

On March 2, 2023, this Court Ordered Defendants to prepare and file a Court Ordered Stipulation and Proposed Order to Extend Discovery Deadlines. (ECF No. 71).

**I.     PROCEDURAL HISTORY**

1.     On April 24, 2020, the Plaintiff filed his Complaint. (ECF No. 1).

2. On October 13, 2020, LVMPD Defendants filed their Motion to Dismiss Plaintiff's Complaint. (ECF No. 10).

3. On November 18, 2020, this Court granted LVMPD Defendants' Motion to Dismiss. (ECF No. 26).

4. On December 1, 2020, the Plaintiff filed a Motion to Reopen Case. (ECF No. 28).

5. On June 9, 2021, this Court granted Plaintiff's Motion to Reopen Case. (ECF No. 34).

6. On December 6, 2021, LVMPD Defendants filed their Answer to Plaintiff's Complaint. (ECF No. 41).

7. On January 26, 2022, the parties filed their Stipulated Discovery Plan and Scheduling Order. (ECF No. 42).

8. On January 28, 2022, the Court entered the Stipulated Discovery Plan and Scheduling Order. (ECF No. 43).

9. On June 3, 2022, this Court entered the parties' Stipulation and Order to Extend Discovery Deadlines (First Request). (ECF No. 46).

10. On August 24, 2022, Plaintiff filed a Stipulation and Order to Extend Discovery deadlines (Second Request). (ECF No. 19).

11. On September 8, 2022, this Court granted Plaintiff's Stipulation and Order to Extend Discovery deadlines (Second Request). (ECF No. 54)

12. On November 18, 2022, Plaintiff filed a Motion for Extension of Discovery Deadlines and Request to Reopen Deadline for Expert Disclosures (Third Request). (ECF No. 55).

/ / /

/ / /

13. On December 28, 2022, this Court granted Plaintiff's Motion for Extension of Discovery Deadlines and Request to Reopen Deadline for Expert Disclosures (Third Request). (ECF No. 59).

14. On January 11, 2023, LVMPD Defendants filed a Proposed Amended Discovery Plan and Scheduling Order. (ECF No. 60).

15. On January 12, 2023, this Court granted LVMPD's Proposed Amended Discovery Plan and Scheduling Order. (ECF No. 61).

16. On January 19, 2023, Plaintiff filed an Objection to Discovery Plan and Scheduling Order. (ECF No. 62).

17. On January 19, 2023, Plaintiff filed a Motion to Compel Discovery. (ECF No. 63).

18. On January 20, 2023, Plaintiff filed a Stipulation and Proposed Order to Extend Discovery Deadlines (Fourth Request). (ECF No. 64).

19. On January 23, 2023, this Court granted and entered the parties' Stipulation and Proposed Order to Extend Discovery Deadlines (Fourth Request). (ECF No. 66).

20. On January 27, 2023, LVMPD Defendants filed a Response in Opposition to Plaintiff's Motion to Compel Certain Discovery Pursuant to FRCP 37(A)(3). (ECF No. 37).

## II. **DISCOVERY COMPLETED TO DATE**

1. The parties participated in the FRCP 26 conference on January 12, 2022.

2. On March 16, 2022, LVMPD Defendants served their Initial Disclosure of Witnesses and Documents.

3. On April 28, 2022, LVMPD Defendants served written discovery on the Plaintiff.

4. On May 16, 2022, Plaintiff served his Initial Disclosures of Witnesses and Documents.

5. On May 27, 2022, Plaintiff responded to the LVMPD Defendants' written discovery.

6. On June 1, 2022, Plaintiff served written discovery on the LVMPD Defendants.

7. On July 5, 2022, LVMPD Defendants served their First Supplemental Disclosure of Witnesses and Documents.

8. On July 22, 2022, LVMPD Defendants responded to Plaintiff's written discovery.

9. Also on July 22, 2022, LVMPD Defendants served their Second Supplemental Disclosure of Witnesses and Documents.

10. On October 31, 2022, Plaintiff served additional written discovery on the LVMPD Defendants.

11. On November 2, 2022, LVMPD Defendants served their Third Supplemental Disclosure of Witnesses and Documents.

12. On November 9, 2022, Plaintiff served his Third Supplemental Disclosures of Witnesses and Documents.

13. On November 14, 2022, LVMPD Defendants took Plaintiff's deposition.

14. On November 15, 2022, LVMPD Defendants provided supplemental responses to Plaintiff's written discovery.

15. Also on November 15, 2022, LVMPD Defendants served their Fourth and Fifth Supplemental Disclosure of Witnesses and Documents.

16. On December 22, 2022, LVMPD Defendants provided supplemental responses to Plaintiff's written discovery.

17. On February 16, 2023, Plaintiff took the deposition of Joseph Lepore.

18. On February 24, 2023, Plaintiff took the deposition of Brian Santarossa.

19. On February 27, 2023, Plaintiff took the 30(b)(6) deposition of Jamie Frost.

### III. REMAINING DISCOVERY

1. Plaintiff to take depositions of fact witnesses.

2. Plaintiff to file expert disclosures.

3. Defendants to file expert rebuttal disclosures.

4. Plaintiff to supplement written discovery.

5. Defendants to depose Plaintiff's expert.

6. Defendants to supplement written discovery.

## IV. EXTENSION OR MODIFICATION OF THE DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to LR 26-3 and FRCP 16(b), the Court Ordered and the parties hereby stipulate to a 60-day extension of all discovery deadlines, outlined by the following:

## V. PROPOSED SCHEDULE

| Scheduled Event | Current Deadline (ECF No. 66) | Proposed Deadline |
|---|---|---|
| Expert Initial Disclosure | April 10, 2023 | June 9, 2023 |
| Rebuttal Expert Disclosures | May 10, 2023 | July 7, 2023 |
| Discovery Cut-Off | June 12, 2023 | August 11, 2023 |
| Final Date to file dispositive motions | July 12, 2023 | September 8, 2023 |
| Joint Pre-Trial Order | August 14, 2023 | October 13, 2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Coleman vs. LVMPD, et al.*
Case Number: 2:20-cv-00739-JAD-BNW

Dated this 7th day of March, 2023.                    Dated this 7th day of March, 2023.

**MARQUIS AURBACH**

By: /s/ Nick D. Crosby                                 By: /s/ Solomon Coleman
    Nick D. Crosby, Esq.                             Solomon Coleman, Pro Se
    Nevada Bar No. 8996                              8310 Canvas Court
    Dominique Bosa-Edwards, Esq.                     Las Vegas, Nevada 89113
    Nevada Bar No. 15705                             Sdcoleman85@gmail.com
    10001 Park Run Drive                             *Plaintiff*
    Las Vegas, Nevada 89145
    *Attorneys for LVMPD Defendants*

## ORDER

**IT IS SO ORDERED**

**DATED:** 10:33 am, March 08, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**