**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: ncrosby@maclaw.com
*Attorneys for LVMPD Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOLOMON COLEMAN, individually,<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CHERYL HOOTEN, individually; JOSEPH LEPORE, individually; BRIAN SANTAROSSA, individually; DONALD SHANE, individually; R. TENNANT, individually; VICENTE RAMIREZ, individually; LISA LUZAICH, individually,<br><br>Defendants. | Case Number: 2:20-cv-00739-JAD-BNW<br><br>**LVMPD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Defendants LVMPD, Joseph Lepore, Brian Santarossa, Donald Shane and R. Tennant ("LVMPD Defendants"), through the law firm of Marquis Aurbach, hereby request Dominique Bosa-Edwards, Esq. be removed from the list of counsel to be noticed because Ms. Bosa-Edwards is no longer an attorney with the law firm of Marquis Aurbach.

Additionally, the above counsel also requests Dominique Bosa-Edwards, Esq. be removed as counsel of record and the email addresses of dbosaedwards@maclaw.com and lfraga@maclaw.com be removed from the CM/ECF service list.

Dated this 8th day of September, 2023.

**IT IS SO ORDERED**

**DATED:** 2:28 pm, September 12, 2023

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

MARQUIS AURBACH

By *s/Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for LVMPD Defendants*

MAC:14687-304 5217161_1